# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
v.
Jabrill Craig Smith

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19CR312-1

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
| William L. Osteen, Jr | | | Jack Alsup | | Scott Coalter |
| TRIAL DATE(S) | | | COURT REPORTER | | COURTROOM DEPUTY |
| January 13 | | | Joseph Armstrong | | Kelly Welch |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | 1/13 | 1/13 | Photo - overview map - Intersection W. Gate City + S. Holden |
| ✓ | | 1/13 | | | James Buchanan, Corporal, GSOPD |
| 3 | | | 1/13 | 1/13 | CD - Legrande's snapchat video 5/24/2017 |
| 2 | | | 1/13 | 1/13 | Photo - map of S. Holden + W. Vandalia |
| 4 | | | 1/13 | 1/13 | CD - Det. Buchanan's body camera footage |
| 7 | | | 1/13 | 1/13 | Intratec Tec9 9mm Luger pistol |
| 4A | | | 1/13 | 1/13 | Photo - still shot from body cam footage - heroin |
| | 1 | | 1/13 | 1/15 | Photo - still shot Legrande's snapchat video |
| | 2 | | 1/13 | 1/15 | Photo - another still shot Legrande's snapchat |
| | 3 | | 1/13 | 1/15 | Photo - same set of snap chat videos |
| ✓ | | 1/14 | | | Jerry Bryson, P.O. GPD, ATF Task Force |
| 5 | | | 1/14 | 1/14 | CD - Bryson - body cam footage on 5/29/2017 |
| 5A | | | " | 1/14 | Photo - still images - firearm located under seat |
| 5B | | | " | 1/14 | Photo - still images - firearm in envelope |
| 5C | | | " | 1/14 | Photo - still images - firearm tech 9 seized |
| 5D | | | " | 1/14 | Photo - still images - mechanics under front seat |
| 6 | | | " | 1/14 | Interarms UltraStar .40 cal. pistol |

Page 1 of 4 Pages

USA vs. Gabriell Craig Smith    CASE NO. 19CR312-1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6A | | | 1/14 | 1/14 | .40 cal magazine |
| 6B | | | " | 1/14 | .40 cal. ammunition (4) rounds |
| 8 | | | " | 1/14 | LG model - cell phone seized 5/29/2017 |
| ✓ | | 1/14 | | | Jason Lowe, Det/Corporal GSOPD |
| 11 | | | " | 1/14 | CD - Officer Lowe's body cam footage |
| 11A | | | " | 1/14 | Photo-still shot Lowe's cam (reloading weapon) |
| 11B | | | " | 1/14 | Photo still shot Lowe's cam (verifying red dot) |
| 11C | | | " | 1/14 | Photo-still shot Lowe's cam (removing bag) |
| 11D | | | " | 1/14 | Photo-still shot Lowe's cam (showing to Buchanan) |
| 7A | | | " | 1/14 | 9mm Magazine |
| 7B | | | " | 1/14 | 9mm Ammunition |
| 10 | | | " | 1/14 | Bag of heroin seized from vehicle |
| ✓ | | 1/14 | | | Jerry Craig, Employee Circle K - GSO/Dist Mgr. |
| 12 | | | " | 1/14 | CD - Surveillance footage 3302 S. Holden 5/29/17 |
| ✓ | | 1/14 | | | Dewey Smith, Det. Computer Forensics / GSOPD |
| 13 | | | " | | Cellebrite extraction report |
| 13A | | | " | 1/14 | Portion of extraction report (text messages) |
| ✓ | | 1/14 | | | Detective Buchanan recalled |
| 12A | | | " | 1/14 | Photo still images of (Ex. 12) CD |
| 12B | | | " | 1/14 | Photo still image |
| 12C | | | " | 1/14 | Photo still image - passenger entering store |
| 12D | | | " | 1/14 | Photo - front passenger @ counter in store |
| 12E | | | " | 1/14 | Photo - still image front passenger @ counter |
| 12F | | | " | 1/14 | Photo - back passenger exiting vehicle |
| | 4 | | " | 1/15 | Images - snapchat video of Legrande |
| | 5 | | " | 1/15 | Images - snapchat video of Legrande |
| | 6 | | " | 1/15 | Images - snapchat video of Legrande |

Page 2 of 4 Pages

USA vs. Jabril Craig Smith    CASE NO. 1:19CR312-1

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3A | | | 1/14 | 1/14 | Photo - still image - Legrande holding firearm |
| 3B | | | " | 1/14 | Photo - still image - Legrande + unknown subject |
| 3C | | | " | 1/14 | Photo - Legrande holding 2 firearms + Smith |
| 3D | | | " | 1/14 | Photo - Legrande / unknown subj. holding 2 firearms |
| 3E | | | " | 1/14 | Photo - group of subjects holding firearms |
| 3F | | | " | 1/14 | Photo - same group holding firearms |
| ✓ | | 1/14 | | | Latonya Drye, Street Crimes Det. GSOPD |
| 19 | | | " | 1/14 | (Stipulation (Joint) Ex. 10A attached |
| ✓ | | 1/14 | | | Steven Razik S.A. DEA |
| | | | | | (SA Razik testified as Expert in field of Drug Trafficking) |
| ✓ | | 1/14 | | | Krista Leonard, Forensic Specialist GSOPD |
| | | | | | (Tendered as Expert Forensic Processing Fingerprints) |
| 14 | | | " | 1/14 | DNA swab collected off firearm (Ex. 7) |
| 15 | | | " | 1/14 | DNA swab collected from firearm (Ex. 6) |
| ✓ | | 1/14 | | | Amy Wilde, Forensic Manager High Point P.D. |
| 16 | | | " | 1/14 | Evidence envelope HPPD swab taken by Ms. Prior |
| ✓ | | 1/14 | | | Matthew Lamett, High Point PD / FBI Task Force |
| ✓ | | 1/15 | | | Glen Giusti, DNA Lab - FBI, Quantico, VA (Expert in Forensic DNA analysis) |
| 17 | | | 1/15 | 1/15 | Giusti's report prepared (FBI DNA Lab) |
| ✓ | | 1/15 | | | Cody Joy, ATF (Firearms Enforcement Officer) (expert in operation and design of firearms) |
| ✓ | | 1/15 | | | Paul Johnson ATF - Federal Agent (expert interstate nexus of firearms) |
| 10A | | | 1/14 | 1/15 | Forensic Chemical Testing (Attached to Ex. 19) |

Page 3 of 4 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

**United States of America**
v.
**Gabriell Craig Smith**

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19CR312-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William L. Osteen, Jr. | Jack Crouch | Scott Coalter |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Jan. 13 | Joseph Armstrong | Kelly Welch |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | 1/13/20 | | | Gov's Exhibit(s) 7 returned to (FBI Task Force Officer/Det. HPPD) Matthew Lamott  1/13/2020 Kelly Welch |
| | | 1/14/20 | | | Gov's Exhibits 6, 6A, 6B, 8, 7A, 7B, 10, 14, 15, 16 returned to TFO/Det. HPPD) Matthew Lamott  1/14/2020 Kelly Welch |
| | | 1/15/20 | | | Gov's Exhibits 6, 6A, 6B, 7, 7A, 7B, 8, 10, 14, 15, 16 returned to FBI TFO/Det. HPPD) Matthew Lamott. |
| | | 1/14/20 | | | (returned same exhibits as noted on 1/15/2020) 1/15/2020 Kelly Welch  1/14/2020 Kelly Welch |

Page 4 of 4 Pages