IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JABRELL CRAIG SMITH,           )
                               )
            Petitioner,        )
                               )       1:19-cr-312-1
      v.                       )       1:23-cv-310
                               )
UNITED STATES OF AMERICA,       )
                               )
            Respondent.        )

## ORDER

This matter is before the court for review of the Recommendation ("Recommendation") filed on January 9, 2026, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 109.) The Magistrate Judge finds Petitioner has not met his burden, that Petitioner's grounds are without merit and should therefore be denied. The Recommendation was served on the parties in this action on January 9, 2026. (Doc. 110.) Counsel for Defendant timely filed Objections to the Recommendation. (Doc. 111.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter

to the [M]agistrate [J]udge with instructions." <u>Id.</u>

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a <u>de novo</u> determination which is in accord with the Magistrate Judge's Recommendation. Petitioner's objections warrant no relief. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 109), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, (Doc. 88), is **DENIED** and this action is hereby **DISMISSED.**

The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of March, 2026.

_____
United States District Judge

- 2 -